*Let this be filed.*
*Carl J. Nich[ols]*
*May 6, 2020*

| | |
|---|---|
| Dante Nichoslon #332-105 March 26, 2020 Dept of Corrections 1901 E st S.E. Wash. DC 20003 Case: 17-MJ-184 | Note: The D.O.C is under lockdown procedure which limits the use of law library, for case search and having the ability to cite similar cases and/or relevant information in reference to the situation at hand. |

## Motion for reconsideration

(complaint)

i) DC D.O.C violated the Eighth Amendment by putting the health, safety and well-being of the inmate population (located inside D.O.C. CTF) in jeopardy by ineffectely testing and preventing contact with potential CO.vid19 victims knowing that some had been in contact with a U.S. Marshal who was confirmed positive with CO.vid19. Futhermore allowing the inmates back to their housing units and work detail. Also via FOX news, march 26,2020, the D.O.C. has confirmed at least 1 case of CO.vid19 within the facility. The inmate that was confirmed positive has recently worked in the culinary area around the food supplied to the entire population.

ii) DC D.O.C. officials violated the Eighth Amendment when they act with deliberate

indifference to a condition that exposes a prisoner to an unreasonable risk of serious harm. D.O.C. officials act with deliberate indifference when they exposed the population to a COVid19 infected inmate, presents an unreasonable risk of serious harm.

(Application)

i) As I wrote in my complaint, in the midst of my residency at DC Jail CTF, the facility had knowledge of C.T.F. inmates being in contact with a infected U.S. Marshal and facetiously quaranting the individuals only periodically (14 days) (while infected person can be infected and not show signs for up to 20+ days), failing to adequately testing individuals after their completion of the quarantine process and releasing them back to their housing unit and work detail. Among their release from quarantine, one specific individual, who was eventually confirmed positive with COVid19, has worked in the culinary area for, at the minimum, 2 days prepping, cooking and/or in the presents of food served to the D.O.C population. The D.O.C has effectively served all meals on hard plastic trays. Said Virus can live in the air (3 days), plastic (3 hrs),

Cardboard (24hrs) and metal (2days-2wks). Both, the plastic trays and metal serving cart, was in the same area of the infected person and all air ventilation tunnels are connected inside the facility. I have put in a grievance form stating the safety of the population is possibly in danger of infection upon receiving knowledge of the infected person working in the culinary area. I have yet to get a response. As for D.O.C. staff, they was supplied with protective mask and gloves to protect themselves while inmates remain at risk via air, surface(s), and direct contact with people who has work in the culinary area.

Conclusion)
i) My grievance was unanswer so I have submitted another about the growing concern of contracting the virus through unknown means. Nothing has been done to safely prevent the exposure to potential infection. This amounts to deliberate indifference to a unreasonable risk of harm, in violation of the Eighth Amendment.

-7-

For this reason I ask the court to reconsider setting a bond and/or temporarily releasing me under serve restriction until my eventual sentencing.

Date: March 26, 2020
Dante Nicholson
#332-105
DC Jail CTF
1901 E st SE
Wash. DC 20003

Dante Nicholson
332-105
1901 E st S.E.
Wash. DC 20003
March 27, 2020

Note: Due to lockdown procedure I am unable to access the law library to cite similar cases and/or any relevent info in-reference to the situation at hand.

Motion:

1) DC D.O.C violated the Eighth Amendment by putting the health, safety, and well-being of residents (located inside D.O.C. C.T.F) in jeopardy by ineffectively testing and preventing contact with potential CO.vid19 victims knowing that some had be in contact with a U.S. marshal who was confirmed positive with CO.vid19. Futhermore allowing the inmates back on their housing unit and work detail. Also via FOX news March 26, 2020 the D.O.C. has confirmed at least one case of the virus inside the facility. The inmate that has the virus has recently worked in the culinary area around food that was supplied to the entire population.

→

ii) DC D.O.C. officials violate the Eighth Amendment when they act with deliberate indifference to a condition that exposes a prisoner to an unreasonable risk of serious harm. D.O.C officials act with deliberate indifference when they exposed the population to COVid19, presents an unreasonable risk of serious harm.

Application) As I wrote in my complaint, in the midst of my residency at C.T.F, the facility had knowledge of inmates being in contact with a infected U.S. Marshal and facetiously quaratining the individuals only periodically (14 days) (while a infected person can have the virus and not show sign for up to 20+ days), failing to test individual before their release from quaratine and releasing them back to their housing units and work detail. Among their release from quaratine, one specific individual whom was eventually confirmed positive of COVid19, worked in the culinary area for, at the minimum of two days, cooking, prepping and/or in the presents of food served to the entire population. The D.O.C has effectively served meals on hard plastic trays. Said virus can live in the air (3 days),

plastic (3hrs), cardboard (24hrs) and metal (2 days - 2 wks). Both plastic and metal (food cart) was in immediate access to the person infected and all air ventilation is connected though the entire building. I have submitted a grievance form stating "the population should be tested as a precaution (units with inmates that has been quarantined) and to avoid hard plastic trays but I have not received a response, so I submitted another. As for D.O.C. staff, they were supplied with mask and gloves to protect themselves while the inmate population remain at risk via trays, cart, ventilation and possible contact with people who maybe in contact with the infected persons.

Conclusion) My grievance went unanswered leaving the population in fear of contracting the virus through unknown means. Nothing has been done to prevent the exposure to potentially infected items inside the D.O.C facility, amounts to deliberate indifference to an unreasonable risk of harm, in violation of the Eighth Amend. For this reason I ask the courts to reconsider a bond and or temporarily releasing me under severe restriction upon

my eventual sentencing.

Date: March 27, 2020
Dante Nicholson
#332-105
DC Jail (CTF)
1901 E St. S.E
Wash. DC 20003